IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BURT T. HILL,               ) | |
|     Plaintiff,           ) | |
|                              ) | CIVIL ACTION NO. |
| v.                          ) | 2:11cv743-MHT |
|                              ) | (WO) |
| MONTGOMERY AREA TRANSIT     ) | |
| SYSTEM, et al.,             ) | |
|     Defendants.          ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that defendant City of Montgomery is dismissed without prejudice, with the parties to bear their own costs.

It is further ORDERED that the motion to dismiss (Doc. No. 15) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant City of Montgomery is terminated as a party.

This case is not closed.

DONE, this the 8th day of November, 2011.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE