IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BURT T. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:11cv743-MHT |
| ) | (WO) |
| MONTGOMERY AREA TRANSIT ) | |
| SYSTEM, FIRST TRANSIT, ) | |
| INC., and KELVIN MILLER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the joint stipulation of dismissal (doc. no. 35), it is the ORDER, JUDGMENT and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 21st day of May, 2012.**

                                        <u>/s/ Myron H. Thompson</u>
                                    **UNITED STATES DISTRICT JUDGE**